$6.31
# 7761
12/14/10

## PLACE & ARNOLD
ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

December 6, 2010

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

    Re:    Gerald & Linda Kearns
           Chapter 7 Case No. 09-22946
           Request to Deposit Unclaimed Funds into the United States Treasury

To the Clerk of the Court:

    Enclosed please find a Trustee's check in the amount of $ 6.31. I request that the Clerk of Court deposit said funds, in the name of the creditor(s) and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    _____ I have made a diligent effort to locate the claimant(s) for said funds, but have been unsuccessful in locating the claimant(s).

    __X__ The funds represent dividend payment(s) of less than $5.00 to the named creditor(s) and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register No. |
| --- | --- | --- |
| RSM McGladrey | 2.53 | 3 |
| Verizon Wireless | 3.78 | 10 |

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss


FILED
DEC 14 2010
BANKRUPTCY COURT
ROCHESTER, NY